IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| DAVID R. HYDE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:12-cv-00040 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, | ) | By: Hon. Jackson L. Kiser |
| Acting Commissioner of Social Security, | ) | Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

Before me is the Report and Recommendation ("R & R") of the Honorable B. Waugh Crigler, recommending that I grant Plaintiff's Motion for Summary Judgment [ECF No. 16], enter judgment for Plaintiff, and recommit this case to the Commissioner for the sole purpose of calculating and paying proper benefits. [ECF No. 26.]  The R & R was filed on September 19, 2013, and the Commissioner filed a timely Objection on September 26, 2013.  [ECF No. 27.] Plaintiff offered no response within the subsequent fourteen (14) day period, and the matter is now ripe for review.  *See* Fed. R. Civ. P. 72(b)(2).

For the reasons stated in the accompanying Memorandum Opinion, I hereby **SUSTAIN IN PART AND OVERRULE IN PART** the Commissioner's Objection, **ADOPT IN PART AND REJECT IN PART** Judge Crigler's R & R, **GRANT IN PART AND DENY IN PART** Plaintiff's Motion for Summary Judgment, **DENY** the Commissioner's Motion for Summary Judgment, **GRANT** Plaintiff's Motion to Complete the Record, **REMAND** the case to the Commissioner for further proceedings, and **DISMISS** this case from the docket.

The Clerk is directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record as well as to Magistrate Judge Crigler.

ENTERED this 28th day of October, 2013.

s/Jackson L. Kiser  
SENIOR UNITED STATES DISTRICT JUDGE
